RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/28/09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

BENJAMIN BLANCHE (AKA Benjamine Blanche)     CIVIL ACTION NO. 08-1408

La. DOC # 132917

VS.     SECTION P

CHIEF JUDGE HAIK

WARDEN TIM WILKINSON     MAGISTRATE JUDGE HILL

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. § 2244(d).

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 28th day of August, 2009.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE